IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Aarron McMahan )
(full name)       (Register No).  )
                                  )
                                  )
                                  )
         Plaintiff(s).             )
                                  )   16-3405-CV-S-BP-P
v.                                )   Case No. _____
                                  )
                                  )
SPD. Officer Martin               )
(Full name)                       )
                                  )
                                  )
         Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Greene County jail

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Aarron McMahan  Register No. _____
Address 403 N. Elmwood Av. Springfield MO. 65802
1000 N. Booneville Springfield MO. 65802

B. Defendant SPD officer Martin

Is employed as Springfield Police Department

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ✓ No ___

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $10,000 / 50,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ___ No ✓

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____
_____
_____

D. If you have not filed a grievance, state the reasons.
I have asked for a grievance but have been denied.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
(Plaintiff)          (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
           (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____
                                (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

On Sep. 7th 2016 I was arrested and Police brutality was used. Officer Martin with the Springfield Police department was one of the two arresting officers. During the arrest I was handcuffed, then tazed, and hit several times. I sustained a bloody nose, a scrape above my right eye, a scrape to the bridge of my nose, along with lacerations to my wrists from the handcuffs being placed to tightly.

B. State briefly your legal theory or cite appropriate authority:

_____
_____
_____
_____
_____
_____

3

Case 6:16-cv-03405-BP   Document 1   Filed 09/21/16   Page 3 of 5

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

I would like the courts to rule in my favor and award me damages, along with the justice I deserve.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name Joshua VanZant

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes ✓ No ___

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
Tad Morlan / 939 N. Boonville Ave. Spg. 65802 / Phone #: 417-865-4400

C. Have you previously had a lawyer representing you in a civil action in this court? Yes ___ No ✓

If your answer is "Yes," state the name and address of the lawyer.
N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 15th day of ~~August~~ September 2016

Signature(s) of Plaintiff(s)

4

GREENE COUNTY JUSTICE CENTER
1000 N Boonville
Springfield MO. 65802

Aaron McMahan
Inmate Name

140297
Jacket #

LEGAL MAIL
REC'D SEP 21 2016
SCREENED BY
U.S. MARSHALS

Clerk of Courts
John Q Hammons Pkwy
Springfield MO,
65806

INDIGENT

